## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**BETTY BARNETT, as Administratrix**
**of the Estate of CHRISTINA BARNETT,**

**Plaintiff,**

**v.**
                                    Civil Action No. _____**2:24-cv-00232**_____
                                    Honorable Judge _____

**UNITED STATES OF AMERICA,**

**Defendants.**

### CIVIL COMPLAINT

**COMES NOW** Plaintiff Betty Barnett, as Administratrix of the Estate of Christina Barnett, by counsel, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671, *et seq.*, and states as follows for her Complaint against Defendant United States of America:

### PARTIES

1.     At all times material hereto, Plaintiff Betty Barnett was a resident of Kanawha County, West Virginia.

2.     At all times material hereto, Christina Barnett was a resident of Kanawha County, West Virginia.

3.     Ms. Barnett died on April 29, 2022 at Charleston Area Medical Center General Hospital in Kanawha County, West Virginia, from hemorrhagic stroke as a direct and proximate result of the negligent acts and omissions of the Defendant.

1

4.      On or about April 17, 2023, Betty Barnett was appointed the Administratrix of the Estate of Christina Barnett by the Fiduciary Supervisor of the Kanawha County Commission in Kanawha County, West Virginia.

5.      At all times material hereto, Defendant United States of America was and is a sovereign entity.

6.      Defendant United States of America is named herein pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*

7.      At all times material hereto, Defendant United States of America oversaw Cabin Creek Health Center by and through its agents, servants, and/or employees, including but not limited to Ryan Morrison, M.D. and Michele Ja'Net Roach-Courts, PA-C.

8.      At all times material hereto, Defendant provided negligent healthcare services to Christina Barnett through its agents, servants, and/or employees at Cabin Creek Health Center in Kanawha County, West Virginia, including but not limited to Ryan Morrison, M.D. and Michele Ja'Net Roach-Courts, PA-C, such negligent care and treatment being a direct and proximate cause of Ms. Barnett's death.

## JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1346(b)(1), & 2671, *et seq.*

10.     Venue is appropriately vested in this Court pursuant to 28 U.S.C. § 1391.

11.     Plaintiff filed an Administrative Claim (Form 95) with the United States Department of Health and Human Services Office General Counsel on October 31, 2023.

## FACTUAL ALLEGATIONS

12.     On or about February 22, 2022, Christina Barnett underwent a total abdominal hysterectomy at Charleston Area Medical Center ("CAMC") due to post-menopausal bleeding.

13.     On February 23, 2022, Ms. Barnett was started on Lovenox, an anticoagulant.

14.     On February 26, 2022, Ms. Barnett was discharged to home.

15.     Ms. Barnett presented to the CAMC Emergency Department on March 6, 2022 complaining of left arm pain and swelling.

16.     A vascular ultrasound showed evidence of left IJ thrombosis due to DVT.

17.     A CT scan did not show any evidence of Ms. Barnett having a pulmonary embolism.

18.     Ms. Barnett was started on Eliquis and discharged to home on March 7, 2022.

19.     On March 15, 2022, Ms. Barnett presented to CAMC for a gynecology appointment.

20.     Ms. Barnett presented with increased pain and swelling in the left axilla and left arm and forearm, tachycardia, and an associated cough.

21.     Ms. Barnett was instructed to go to the CAMC Emergency Department for re-evaluation of her DVT and left upper extremity due to concerns that the clot may have progressed.

22.     Upon admission, a duplex revealed extension of the DVT to now include the LIJ, left subclavian and left axillary veins.

23.     Eliquis was discontinued and Ms. Barnett was started on Warfarin 5mg once a day.

24.     Ms. Barnett was discharged to home on March 16, 2022, and instructed to follow up with Michele Ja'Net Roach-Courts, PA-C at the Cabin Creek Health Center in Kanawha County, West Virginia, within one (1) week.

25.    Upon information and belief, Michele Ja'Net Roach-Courts, PA-C was employed by the Defendant.

26.    On March 19, 2022 and March 22, 2022, INR values of 1.2 and 1.6, respectively, were obtained per the orders of Michele Roach-Courts, PA-C.

27.    On March 21, 2022, Michele Roach-Courts, PA-C wrote a prescription for Warfarin 1mg with the instruction to take one (1) pill by mouth every day for thirty (30) days.

28.    That same day, Ms. Barnett filled a prescription written by Michele Roach-Courts, PA-C for Warfarin 1mg.

29.    On March 28, 2022, Ms. Barnett was seen at Cabin Creek Health Center by Ryan Morrison, M.D.

30    Upon information and belief, Dr. Ryan Morrison was employed by the Defendant.

31.    Per the medical records, "target inr 2.5 and 3 today so advised skip 1 day then continue at 6.5 mg daily[.] duration of therapy about 3 weeks now…seems provoked so possibly could discontinue- need more information. Plans f/u with Dr. Aburahma in sept."

32.    Dr. Morrison increased Ms. Barnett's Warfarin to 6.5mg once a day and wrote her a prescription for Warfarin 3mg with the instruction to take ½ a tablet along with the 5mg of Warfarin Ms. Barnett was already prescribed.

33.    Under "Return to Office," Dr. Morrison charted "MICHELLE ROACH, PA-C for Hospital Discharge at KANAWHA CITY on 03/29/2022 at 2:00 p.m., to see MICHELLE ROACH-PA-C for PT/INR at KANAWHA CITY on or around 04/04/2022, MICHELLE ROACH, PA-C for PT/INR at KANAWHA CITY on 04/04/2022 at 09:15 AM."

34.    On March 29, 2022, Ms. Barnett was seen by Defendant's employee, Michele Roach-Courts, PA-C.

35. Clinic notes reflect that Ms. Barnett "was given Lovenox BIDx7days and she was titrated to therapeutic levels on Warfarin. Pt was seen yesterday by Dr. Morrison for an INR check. Her INR was 3.0 on 6.5mg Warfarin qd. Skipped her Warfarin yesterday."

36. In the "Assessment/Plan," Ms. Roach-Courts ordered that Ms. Barnett "[r]esume 6.5mg qd Warfarin. Recheck PT/INR in 2 days."

37. Clinic records reflect that Ms. Barnett was to return to the office "to see MICHELLE ROACH, PA-C for PT/INR at KANAWHA CITY on or around 04/14/2022."

38. On March 31, 2022, Ms. Barnett had an appointment with Michele Roach-Courts, PA-C.

39. Per the HPI, "Pt here for PT/INR. Todays INR is 3.0 on 6.5mg qd. DVT in the left subclavian and left axillary veins. Has appt with vascular, Dr. Aburama in 6 months. Reviewed her labs that were done the other day. LDL was high at 147. Potassium in low normal range."

40. Ms. Roach-Courts' Assessment and Plan reflects "[c]ontinue same dose of Warfarin. Recheck PT/INR in 2 weeks."

41. Records from the March 31, 2022 visit also note "Return to Office to see MICHELLE ROACH, PA-C for PT/INR at KANAWHA CITY on or around 04/14/2022."

42. Around 3:00 p.m. on April 15, 2022, EMS was dispatched to Ms. Barnett's home.

43. Upon arrival, Ms. Barnett was "awake, semi responsive and vomiting into the floor. Patient is extremely sick. Patient looks at you and makes eye contact when you talk to her but does not respond back. Patient's left arm is drawn up to her body with decorticate posture and she is leaning towards that side of her body. . . . Patient's condition continues to rapidly deteriorate minute by minute. Patient's mouth is clenched, she is starting to show signs of decerebrate posturing on the right and is vomiting continuously[.]"

44. Ms. Barnett was transferred to CAMC Teays Valley.

45. At CAMC Teays Valley, Ms. Barnett was intubated and flown to CAMC General.

46. At CAMC General, Ms. Barnett had an INR of 6.87 (critical), Prothrombin Time of 80.6. (High) (ref. range 9.4-12.5), and active partial thromboplastin time of 83.7 (high) (ref. range 25.1-36.5).

47. A CT of Ms. Barnett's head revealed a pontine intracranial hemorrhage.

48. After a complex hospital course, Ms. Barnett was pronounced dead from hemorrhagic stroke on April 29, 2022.

COUNT I – NEGLIGENCE / VIOLATION OF THE WEST VIRGINIA MEDICAL
PROFESSIONAL LIABILITY ACT, W. VA. CODE § 55-7B-1, ET SEQ.
AGAINST DEFENDANT UNITED STATES OF AMERICA

49. Plaintiff reincorporates Paragraphs 1 through 48 as if fully stated herein.

50. Defendant had a duty to provide reasonable care and treatment to Christina Barnett.

51. In accepting responsibility to treat Ms. Barnett, Defendant had a duty to exercise the reasonable and ordinary care, skill, and ability exercised by other healthcare providers in the same or similar circumstances.

52. Such duties are imposed on Defendant by the West Virginia Medical Professional Liability Act, W. Va. Code § 55-7B-1, *et seq.*, and common law.

53. Despite its common law and statutory duty to provide such care, the care and treatment provided by Defendant to Ms. Barnett deviated from the standard of care for health care providers in similar circumstances.

54. Defendant failed to exercise reasonable and ordinary care, skill, and ability in providing treatment to Christina Barnett.

6

55.     Defendant's employees breached the applicable standards of care incident to their care and treatment of Christina Barnett by:

    (i)    failing to appropriately monitor Ms. Barnett's PT/INR for a patient prescribed Warfarin;

    (ii)    failing to reduce the dose and/or discontinue the administration of Warfarin based on Ms. Barnett's INR of 3.0 on March 31, 2022;

    (iii)    failing to appropriately follow-up with and/or otherwise monitor Ms. Barnett; and

    (iv)    being otherwise negligent.

56.     The negligent acts and omissions of Defendant's employees in treating Christina Barnett were a deviation from the standard of care and constitute a proximate cause of Ms. Barnett's severe personal injuries, physical deterioration, pain and suffering, emotional distress and, ultimately, her death.

57.     The negligent care Defendant's employees offered to Christina Barnett was rendered in willful and wanton reckless disregard of the risk of harm to Ms. Barnett.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Betty Barnett, as Administratrix of the Estate of Christina Barnett, prays that this Honorable Court enter judgment against Defendant as follows:

    i.    For damages to be determined by the jury in an amount exceeding the minimum jurisdictional amount of this Court, and adequate to compensate Plaintiff for all the injuries and damages sustained as a direct and proximate result of Defendant's negligence;

    ii.    For all general and special damages caused by the tortious conduct of the Defendant, including but not limited to damages for:

        a.    Expenses for the medical care and treatment of Christina Barnett;

        b.    Economic damages, including but not limited to lost wages, lost earning capacity, lost benefits, and lost household services;

    c.    Non-economic damages recoverable under W. Va. Code § 55-7B-1, *et seq.*, including but not limited to damages for pain and suffering, sorrow, mental anguish, and severe emotional distress;

    d.    All of the injuries suffered by Christina Barnett prior to her death;

    e.    Reasonable funeral and burial expenses;

    f.    Punitive damages as a result of Defendant's gross negligence and/or willful, wanton, and/or reckless disregard of the lawful rights and well-being of Christina Barnett; and

iii.    For all damages available under the West Virginia Medical Professional Liability Act, W. Va. Code § 55-7B-1, *et seq.*;

iv.    For all damages available under the West Virginia Wrongful Death Statute, W. Va. Code § 55-7-6;

v.    For the costs of litigating this case and Plaintiff's reasonable attorneys' fees;

vi.    For pre- and post-judgment interest as may be allowable by law; and

vii.    For all other relief to which Plaintiff is entitled by West Virginia law.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

**BETTY BARNETT, AS ADMINISTRATRIX
OF THE ESTATE OF CHRISTINA BARNETT,**

**By counsel,**

/s/ Timothy D. Houston
Timothy D. Houston (WV Bar No. 10858)
L. Danté DiTrapano (WV Bar No. 6778)
David H. Carriger (WV Bar No. 7140)
CALWELL LUCE DITRAPANO PLLC
Law and Arts Center West
500 Randolph Street
Charleston, West Virginia 25302
304.343.4323 / 304.344.3684 (*facsimile*)

and

8

Richard D. Lindsay, M.D (WV Bar No. 2216)
Richard D. Lindsay, II (WV Bar No. 10832)
TABOR, LINDSAY & ASSOCIATES
Post Office Box 1269
Charleston, West Virginia 25325-1269

*Counsel for Plaintiff*

9